# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LLOYD ROBINSON

VERSUS

R.A.L. CONSTRUCTION, LLC

CIVIL ACTION

24-506-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson, dated March 25, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction (R. Doc. 8) filed by Defendant R.A.L. Construction, LLC, is GRANTED and Plaintiff's claims against Defendant are DISMISSED without prejudice.

Signed in Baton Rouge, Louisiana, on this 30 day of April, 2025.

*Shelley D Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 13.